**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| MISTY CANIZALES,    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>MICHAEL J. ASTRUE, Commissioner,    )<br>Social Security Administration    )<br>    Defendant.    )<br>    ) | **Case No. 3:11-CV-00193 JTK** |

**FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is REVERSED and Plaintiff's case is REMANDED FOR FURTHER PROCEEDINGS.

IT IS SO ORDERED this 24th day of August, 2012.

_____
United States Magistrate Judge